No. —. BENTZ *v.* MICHIGAN. October 25, 1943.

No. 184. COVER *v.* CHICAGO EYE SHIELD Co. October 25, 1943.

No. 347, October Term, 1941. TASTY BAKING Co. *v.* UNITED STATES. November 8, 1943. The motion for leave to file petition for rehearing is denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. 314 U. S. 654.

No. 987, October Term, 1942. BURALL *v.* JOHNSTON, WARDEN. November 8, 1943. Second petition for rehearing denied.

No. 240. WAYNE *v.* ROBINSON ET AL. November 8, 1943. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application.

No. 92. SWAN CARBURETOR Co. *v.* NASH MOTOR Co. November 8, 1943.

No. 96. PETTY *v.* MISSOURI & ARKANSAS RAILWAY Co. November 8, 1943.

No. 121. BARNES *v.* PENNSYLVANIA EX REL. BARNES. November 8, 1943.

No. 168. DENNEY *v.* FORT RECOVERY BANKING Co. November 8, 1943.

No. 185. SNYDER *v.* PROVIDENT TRUST Co. November 8, 1943.

No. 218. SKIDMORE ET AL. *v.* SWIFT & Co. November 8, 1943.